H. KAUFFMAN & SONS SADDLERY Co., INC., Appellant, v. JOSEPH MILLER, Doing Business as MILLER HARNESS Co., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Peck, P. J., and Shientag, J., dissent and vote to reverse the order and judgment appealed from insofar as they dismiss the complaint.

THOMAS McCABE, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment in favor of defendant unanimously reversed, with costs of this appeal to the plaintiff-appellant, and judgment directed to be entered on the jury's verdict in favor of plaintiff-appellant with interest and costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.